UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIQUE FENNELL,

                Petitioner,

-against-

TIMOTHY McCARTHY, Superintendent,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2020

1:20-cv-3764-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 19, 2020 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter. Dkt. No. 13. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 19, 2020 order forthwith, and in no event later than December 11, 2020.

The Clerk of Court is directed to mail a copy of this order and the Court's order at Dkt. No. 13 to Plaintiff by certified mail.

SO ORDERED.

Dated: November 27, 2020

                                                  GREGORY H. WOODS
                                                 United States District Judge