UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DAMIQUE FENNELL,

        Petitioner,

    -against-                                      **ORDER**
                                                       20 - CV - 3764 (GHW) (KNF)

TIMOTHY McCARTHY, SUPERINTENDENT,

        Respondent.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The petitioner requested, by a letter filed on December 21, 2020, that his petition for a writ of habeas corpus be held in abeyance so that he may exhaust state remedies. On or before January 4, 2021, the respondent shall file his response to the petitioner's request.

**The Clerk of Court is directed to mail a copy of this order to the petitioner.**

Dated: New York, New York                 SO ORDERED:
       December 29, 2020

                                                       *Kevin Nathaniel Fox*
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE