UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMIQUE FENNELL,

               Petitioner,

          -against-                    **ORDER**

TIMOTHY MCCARTHY, Superintendent     20-CV-3764 (GHW) (KNF)
of Auburn Correctional Facility,

               Respondent.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The petitioner, proceeding pro se, filed a petition under 28 U.S.C. § 2254 for writ of habeas corpus. On December 10, 2020, the petitioner requested that the petition be held in abeyance so he can exhaust his ineffective assistance of appellate counsel claim. The respondent opposed the motion. On or before January 25, 2021, the petitioner shall serve and file his reply.

**The Clerk of Court is directed to mail a copy of this Order to the petitioner.**

Dated: New York, New York
         January 11, 2021               SO ORDERED:

                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE